IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEROME JURGENS,<br>Individually and on behalf of all others<br>similarly situated,<br><br>       Plaintiff,<br><br>vs.<br><br>MICHAELS STORES, INC.,<br><br>       Defendant. | Case No. 4:13-CV-579 JAR |

## JOINT STATUS REPORT

The parties, for their joint status report, state:

1. The mediation process is continuing in that the parties continue their discussions.

2. The parties request that the stay remain in effect while the mediation process is continuing.

3. The parties will report back to the Court regarding status on or before December 3, 2013.

Respectfully submitted,

HUSCH BLACKWELL LLP
Bryan O. Wade, #41939
901 St. Louis Street, Suite 1800
Springfield, MO 65806
T:  417.862.6726
F:  417.862.6948
bryan.wade@huschblackwell.com

and

/s/ Brandon B. Cate
Brandon B. Cate (*pro hac vice*)
QUATTLEBAUM, GROOMS,
   TULL & BURROW, PLLC
4100 Corporate Center Drive, Suite 310
Springdale, AR 72762
T: 479.444.5205
F: 479.444.5255
bcate@qgtb.com

**ATTORNEYS FOR DEFENDANT**

/s/ Stephen F. Gaunt (w/permission)
Stephen F. Gaunt
STEELMAN, GAUNT & HORSEFIELD
P.O. Box 1257
Rolla, MO 65402
T: 573.341.8336
F: 573.341-8548
sgaunt@steelmanandgaunt.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

   I hereby certify that on November 25, 2013, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Stephen F. Gaunt, Esq.
STEELMAN, GAUNT & HORSEFIELD
901 Pine Street, Suite 110
Rolla, MO  65401
T:  573.458.5231
sgaunt@steelmanandgaunt.com

                /s/ Brandon B. Cate
                Brandon B. Cate