IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JEROME JURGENS,
Individually and on behalf of all others
similarly situated,

        Plaintiff,

vs.

MICHAELS STORES, INC.,

        Defendant.

Case No. 4:13-CV-579 JAR

## JOINT STATUS REPORT

The parties, for their joint status report, state:

1. The parties have reached a tentative agreement that should lead to the dismissal of this case. The parties are working to prepare and execute paperwork to that effect.

2. The parties will report back or file dismissal stipulations by December 20, 2013.

3. The parties request that the stay remain in effect until such date.

Respectfully submitted,

HUSCH BLACKWELL LLP
Bryan O. Wade, #41939
901 St. Louis Street, Suite 1800
Springfield, MO 65806
T:  417.862.6726
F:  417.862.6948
bryan.wade@huschblackwell.com

and

/s/ Brandon B. Cate
Brandon B. Cate (*pro hac vice*)
QUATTLEBAUM, GROOMS,
   TULL & BURROW, PLLC
4100 Corporate Center Drive, Suite 310
Springdale, AR 72762
T: 479.444.5205
F: 479.444.5255
bcate@qgtb.com

**ATTORNEYS FOR DEFENDANT**

/s/ Stephen F. Gaunt (w/permission)
Stephen F. Gaunt
STEELMAN, GAUNT & HORSEFIELD
P.O. Box 1257
Rolla, MO 65402
T: 573.341.8336
F: 573.341-8548
sgaunt@steelmanandgaunt.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

   I hereby certify that on December 10, 2013, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Stephen F. Gaunt, Esq.
STEELMAN, GAUNT & HORSEFIELD
901 Pine Street, Suite 110
Rolla, MO  65401
T:  573.458.5231
sgaunt@steelmanandgaunt.com

                /s/ Brandon B. Cate
                Brandon B. Cate