UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JEROME JURGENS, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:13-CV-579-JAR |
| MICHAELS STORES, INC., | ) ) | |
| Defendant. | ) ) | |

# ORDER

This matter is before the Court on the Joint Status Report (ECF No. 39), which the Court construes as a motion to extend the stay in this case. Therein, the parties state that they have finalized the settlement agreement and request a continued stay in order to execute the paperwork. The Court grants the parties' request and **STAYS** this action until January 10, 2014, or until otherwise notified by the parties. The parties shall advise the Court regarding any developments in their settlement.

Dated this 9th day of January, 2014.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE